# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-2746
_____

Rodd Wagner

Plaintiff - Appellant

v.

Gallup, Inc.

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:12-cv-01816-JNE)
_____

## JUDGMENT

Before WOLLMAN, BEAM and COLLOTON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 12, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans